UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

Avallone/Bellistri

Civil Action No. 15-CV-00426

**DAVID ATTALI,** *Plaintiff(s)*

**AFFIDAVIT OF SERVICE OF SUMMONS IN A CIVIL ACTION**

-against-

**CITY OF NEW YORK, P.O. CHRISTOPHER DELBROCOLO, P.O. JOSEPH BENEDUCE, P.O. BRENDAN SULLIVAN, P.O. PHILLIP MIRANDA, P.O. "JOHN" DRUMMY, DEPUTY INSPECTOR KEVIN BURKE, SGT. ALEX PORCELLI, SGT. FELIX SANTANA, And LT. DAVID CHANG, Sued In their Individual and Official Capacities,**

*Defendant(s)*

STATE OF NEW YORK, COUNTY OF NASSAU  ss.:

**CHRISTOPHER SCHACCA** being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at **1069 SHELBURNE DRIVE, FRANKLIN SQUARE, NY 11010.** That on **January 29, 2015 at 11:00 A.M.** at **100 CHURCH STREET NEW YORK, NY 10007** deponent served the within **SUMMONS AND COMPLAINT WITH JURY DEMAND** on **P.O. BRENDAN SULLIVAN** defendant therein named. The index number and date of filing with the county clerk were annexed thereto

1. \_\_\_\_\_ **INDIVIDUAL** — by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

2. \_\_\_\_\_ **CORPORATION** — a domestic corporation, by delivering thereat a true copy *of each* to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be AUTHORIZED TO ACCEPT thereof

3. \_x\_ **SUITABLE AGE PERSON** — by delivering thereat a true copy *of each* to **P.A. SABRINA HUNTER (AUTHORIZED TO ACCEPT)** a person of suitable age discretion. Said premises is defendant's — place of business — within the state.

4. \_\_\_\_\_ **AFFIXING TO DOOR, ETC.** — by affixing a true copy *of each* to the door of said premises, which is defendant's – actual place of business – dwelling house – usual place of abode – within the state. Deponent was unable with due diligence to find defendant or a person of suitable age and discretion, thereat having called there on

\_x\_ **DESCRIPTION** *1 or 3*

Deponent describes the individual served as follows:

| | | | | |
|---|---|---|---|---|
| \_\_Male | \_\_White Skin | \_x\_Black Hair | \_\_14-20 Yrs. | \_\_Under 5' | \_\_Under 100 lbs. |
| \_x\_Female | \_x\_Black Skin | \_\_Brown Hair | \_\_21-35 Yrs. | \_\_5'0"-5'3" | \_\_100-130 lbs. |
| | \_\_Brown Skin | \_\_Blond Hair | \_x\_36-50 Yrs. | \_x\_5'4"-5'8" | \_\_131-160 lbs. |
| | | \_\_Gray Hair | \_\_51-65 Yrs. | \_\_5'9"-6'0" | \_x\_161-200 lbs. |
| | | \_\_Red Hair | \_\_Over 65 Yrs. | \_\_Over 6' | \_\_Over 200 lbs. |
| | | \_\_White Hair | | | |
| | | \_\_Balding | | | |

\_x\_ **MAILING** *use with 3 or 4 (if applicable)* — Deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's last known residence, at **100 CHURCH STREET NEW YORK, NY 10007** and deposited said wrapper in – a post office – depository under exclusive care and custody of the United States Postal Service within New York State.  
MAILED IN AN ENVELOPE MARKED PERSONAL AND CONFIDENTIAL

Sworn to before me on February 3, 2015

*[signature]*  
**SAMANTHA J. DIRICO**  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01DI6243632  
QUALIFIED IN NASSAU COUNTY  
COMMISSION EXPIRES JUNE 20, 2015

*[signature]*  
**CHRISTOPHER SCHACCA**

Supreme Process Co.  
(516) 742-4705