1

2    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK

3    ----------------------------------------x

4    DAVID ATTALI,

5                                    15-CV-00426
                                     (AT)(HBP)

6                        Plaintiff,

7    - against -

8    CITY OF NEW YORK, P.O. CHRISTOPHER DELBROCOLO,
     P.O. JOSEPH BENEDUCE, P.O. BRENDAN SULLIVAN,

9    P.O. PHILLIP MIRANDA, P.O. "JOHN" DRUMMY,
     DEPUTY INSPECTOR KEVIN BURKE, SGT. ALEX PORCELLI,

10   SGT. FELIX SANTANA, and LT. DAVID CHANG, Sued In Their
     Individual And Official Capacities,

11

                         Defendants.

12   ----------------------------------------x

13                       100 Church Street
                         New York, New York

14

15                       May 19, 2017
                         10:00 a.m.

16

17

18   EXAMINATION BEFORE TRIAL of P.O. BRENDAN SULLIVAN, one

19   of the Defendants herein, taken by the adverse parties,

20   pursuant to Notice, held at the above-mentioned time and

21   place, before a Notary Public of the State of New York.

22

23

                    ALL STAR REPORTERS, INC.

24        15 Verbena Avenue, Floral Park, New York  11001
                       (800) 329-9222

25

```
 1
 2                   A P P E A R A N C E S
 3
     AVALLONE & BELLISTRI, LLP
 4   Attorneys for Plaintiff
     3000 Marcus Avenue
 5   Suite 3E07
     Lake Success, New York     11042
 6
     BY:  ROCCO AVALLONE, ESQ.
 7
 8
     NEW YORK CITY LAW DEPARTMENT
 9   Office of the Corporation Counsel
     Attorney for Defendant CITY OF NEW YORK,
10   DEPUTY INSPECTOR KEVIN BURKE, SGT. ALEX PORCELLI,
     SGT. FELIX SANTANA, and LT. DAVID CHANG
11   100 Church Street
     New York, New York  10007
12
     BY:  GERALD E. SINGLETON, ESQ.
13
14
     WORTH, LONGWORTH & LONDON, LLP
15   Attorneys for Defendants
     CHRISTOPHER DELBROCOLO, P.O. JOSEPH BENEDUCE,
16   P.O. BRENDAN SULLIVAN, P.O. PHILLIP MIRANDA and
     P.O. "JOHN" DRUMMY
17   111 John Street
     New York, New York     10038
18
     BY:  DOUGLAS LaBARBERA, ESQ.
19
20
21
22
23
24
25
```

1

2

3

4                    S T I P U L A T I O N S

5

6              IT IS HEREBY STIPULATED AND AGREED by

7       and among counsel for the respective parties

8       hereto that the sealing and certification of

9       the within deposition shall be and the same

10      are hereby waived;

11              IT IS FURTHER STIPULATED AND AGREED that

12      all objections, except to the form of the

13      question, shall be reserved to the time of

14      the trial;

15              IT IS FURTHER STIPULATED AND AGREED that

16      the within deposition may be signed before

17      any Notary Public with the same force and

18      effect as if signed and sworn to before the

19      Court.

20

21                       o0o

22                  *  *  *  *  *

23

24

25

```
1                        B. SULLIVAN
2    B R E N D A N     S U L L I V A N , after first
3               having been duly sworn by a Notary Public
4               of the State of New York, was examined and
5               testified as follows:
6                    THE COURT REPORTER:  Please state your
7                name for the record.
8                    THE WITNESS:  Brendan Sullivan.
9                    THE COURT REPORTER:  What is your
10              present business address?
11                   THE WITNESS:  127 Utica Avenue,
12              Brooklyn, New York.  That's the address of
13              the 77.
14   EXAMINATION BY
15   MR. AVALLONE:
16       Q    Good morning, Officer Sullivan.  My name is
17   Rocco Avallone.  I represent David Attali in regards to
18   a lawsuit that he has filed.  I'm going to ask you some
19   questions regarding some of the allegations contained in
20   that lawsuit.
21           If at any time you don't understand the
22   question, let me know and I'll try to rephrase it.  If
23   you do answer the question, I will assume that you
24   understood it and you answered it to the best of your
25   ability.
```

```
 1                        B. SULLIVAN

 2              I don't want you to guess.  If you are

 3    guessing or estimating, please let me know that that's

 4    what you're doing.

 5              Also give all your responses verbally.  The

 6    reporter takes down everything we say and she cannot

 7    take a non-verbal response down like a head gesture or

 8    uh-huh, things like that.

 9         A    Understood.

10         Q    If you need to take a break at any time, just

11    say so and we'll break.  I will just ask if there is a

12    question pending, you answer the question first and then

13    we break.  Okay?

14         A    Okay.

15         Q    Also please wait for me to finish my

16    questions before you start to answer them.  The reporter

17    can only take one of us speaking at one time.

18              So there may come at a point during the

19    deposition, it happens almost every time, where you may

20    anticipate my entire question before I get all the words

21    out and you may start to answer it while I'm still

22    trying to get the question out.  That's not going to

23    work.  She won't be able to take it down.

24              I'm guilty of it also.  You may be in the

25    middle of your answer, thinking that you're done, I may
```

```
1                    B. SULLIVAN

2    start another question and you're not done so I'll try

3    to keep it at a minimum and hopefully you can do the

4    same.

5         A    Okay.

6         Q    Officer Sullivan, where are you currently

7    stationed?

8         A    PSA 2, Viper 2.

9         Q    Is that the address that you just gave?

10        A    That's the address for Viper 2.  It's an

11   office in the 77 precinct.  It falls under the PSA 2

12   command though.

13        Q    How long have you been at PSA 2?

14        A    A year and a half.

15        Q    So --

16        A    18 months.

17        Q    Prior to being assigned to PSA 2, where were

18   you assigned?

19        A    The World Trade Center Command.

20        Q    How long were you at the World Trade Center

21   Command?

22        A    Just about four years.

23        Q    Four years, say sometime in 2011?

24        A    Yes.

25        Q    July?
```

```
 1                          B. SULLIVAN

 2        A       July of 2011, correct.

 3        Q       When you were at the World Trade Center

 4   Command during the period of time, say, 2013, 2014, what

 5   was your tour?

 6        A       Midnights.

 7        Q       What squad were you on on the midnights?

 8        A       A1.

 9        Q       At some point while you were at the

10   World Trade Center Command, did there come a time when

11   you were transferred out of the World Trade Center

12   Command and into PSA 2?

13        A       Yes.

14        Q       Was that as a result of being modified?

15        A       Yes.

16                MR. LaBARBERA:  Objection.

17                You can answer.

18        Q       Was that as a result of charges and

19   specifications that you received?

20                MR. LaBARBERA:  Objection.

21                You can answer.

22        A       Yes.

23        Q       Were those charges and specifications related

24   to allegations made by Officer Attali?

25        A       Yes.
```

```
 1                          B. SULLIVAN

 2          Q        Have those charges and specifications been

 3     litigated or resolved?

 4          A        Signed yesterday but they're not completed

 5     though.

 6          Q        Yesterday you went to the Advocate's Office?

 7          A        Yes.

 8          Q        And you accepted the plea?

 9          A        Yes.

10          Q        What was the plea?

11          A        30 days and one year probation.

12          Q        Do you recall what the charges and

13     specifications were for, what the actual charges were?

14          A        The exact wording, no.

15          Q        In sum and substance, what were they for?

16          A        False statement and then I believe the main

17     charge was creating a hostile work environment.

18          Q        In consideration for receiving 30 days and

19     one year probation, did you have to plead guilty to the

20     charges?

21          A        Yes.

22          Q        Do you have copies of the plea agreement?

23          A        On me?

24          Q        Yes.

25          A        No.
```

```
 1                      B. SULLIVAN
 2               MR. AVALLONE:  I am going to make a
 3               demand for a copy of the plea agreement or
 4               any documents Officer Sullivan signed in
 5               regards to resolving the charges and specs.
 6               MR. LaBARBERA:  I'm going to request
 7               that you make a written demand.
 8       Q     As a result of the plea that you took
 9  yesterday with the Advocate's Office, are you still
10  modified or are you now full duty or something else?
11               MR. LaBARBERA:  Objection to form.
12               You can answer.
13       A     I'm still modified.  I believe it has to be
14  signed off by the PC before anything happens.
15       Q     PC meaning?
16       A     The police commissioner.
17       Q     Is it your understanding if the police
18  commissioner signs off on it, you'll go back to full
19  duty?
20               MR. LaBARBERA:  Objection.
21               You can answer.
22       A     It's my understanding, yes.
23       Q     Do you know if you do go to full duty, will
24  you go back to the World Trade Center Command or
25  somewhere else, if you know?
```

```
 1                        B. SULLIVAN

 2                  MR. LaBARBERA:  Objection.

 3                  You can answer.

 4        A      I have no idea.  I do not know.

 5        Q      The admission of you making false statements,

 6   was that in regards to your testimony that you initially

 7   gave to the OEEO Sergeant Soto --

 8                  MR. LaBARBERA:  Objection.

 9                  You can answer.

10        Q      -- in comparison to your statement that you

11   made, your GO-15 statements or testimony you gave to

12   IAB?

13                  MR. LaBARBERA:  Objection.

14                  You can answer.

15        A      Yes.

16        Q      During the time that you were at the

17   World Trade Center Command, did you ever see any

18   advertisements or stickers or Post-its or any type of

19   non-authorized markings on Officer Attali's locker?

20                  MR. LaBARBERA:  Objection.

21                  MR. SINGLETON:  Objection.

22        A      I couldn't tell you anything specific.

23        Q      Where was your locker while at the

24   World Trade Center Command?

25        A      Do you know how it was set up?
```

```
 1                         B. SULLIVAN

 2        Q     Yes.

 3        A     I was in the secondary locker room, not the

 4   main locker room.

 5        Q     So you were not in the same locker room as

 6   Officer Attali?

 7        A     No.

 8        Q     Have you ever had an occasion to see

 9   Officer Attali's locker?

10        A     Yes.

11        Q     Why would you go and look or see

12   Officer Attali's locker?

13                    MR. LaBARBERA:  Objection.

14                    You can answer.

15        A     The bathroom was in his locker room.

16        Q     So your locker room didn't have a bathroom?

17        A     No, it did not.

18        Q     Do you recall where Officer Attali's locker

19   was in the large locker room?

20        A     Yes.

21        Q     Where was it located?

22        A     I believe it was the first aisle upon

23   entering.

24        Q     Where was the bathroom in the large locker

25   room when you walk it?
```

```
 1                        B. SULLIVAN

 2        A      It would be in the last aisle.  I couldn't

 3   tell you the number of aisles.

 4        Q      Towards the back?

 5        A      Yes, towards the back.

 6        Q      You said Officer Attali's locker was in the

 7   first row?

 8        A      Yes.

 9        Q      Would you have to physically pass his locker

10   to go to the bathroom or just pass his row to get to the

11   bathroom?

12        A      Pass his row.

13        Q      While passing his row to go to the bathroom,

14   you would look at Officer Attali's locker?

15                   MR. LaBARBERA:  Objection.

16                   You can answer.

17        A      You could see it, yes.

18        Q      So you would look at it?

19                   MR. LaBARBERA:  Objection.

20                   You can answer.

21        A      Sure.

22        Q      Did you ever notice any advertisements on it

23   like supermarket clippings of pork, bacon, ham on his

24   locker?

25        A      No.
```

```
 1                        B. SULLIVAN

 2       Q      Did you ever stop by his locker to talk to

 3   Officer Attali?

 4       A      I'm sure I have, yes.  I couldn't give

 5   specifics.

 6       Q      During those times you didn't see any

 7   postings or anything like that?

 8                   MR. LaBARBERA:  Objection.

 9                   You can answer.

10       A      Specific, no.

11       Q      I am going to show you what's been previously

12   marked as Plaintiff's Exhibit 6.  I ask you to go

13   through the photographs attached to Exhibit 6.  Go

14   through them first and then I will ask you some

15   questions.

16       A      (Witness complying.)

17       Q      Have you ever seen those markings or stickers

18   or advertisements on Officer Attali's locker?

19                   MR. LaBARBERA:  Objection.

20       A      All of them or just the supermarket ones?

21       Q      Any of those photographs that you just

22   reviewed, have you ever seen them?

23                   MR. LaBARBERA:  Objection.  Have you

24                   ever seen the photos or what is depicted?

25       Q      What is depicted in the photos.
```

```
 1                        B. SULLIVAN

 2        A     There are numerous things depicted like --

 3        Q     Right now it's a simple question.

 4              Have you seen any of those?

 5        A     Yes.

 6        Q     What have you seen?

 7        A     I have seen the National Rifle Association

 8   sticker.

 9        Q     Anything else?

10        A     No, just that one in particular.

11        Q     What about the Police, Don't Move?

12        A     Yes, I have seen the Police, Don't Move and

13   the department stickers.

14        Q     Did you ever see the writing, for example, on

15   the first page, in the Police, Don't Move, where it's

16   crossed out and it says dirty Jew?

17        A     No, where is that?  Is that here

18   (indicating)?

19        Q     No, where it's crossed out.

20        A     I can't make out that that's what it says.

21              MR. LaBARBERA:  Indicating towards the

22              middle of the photograph on the right-hand

23              side next to the $5.99 price sticker right

24              here (indicating).

25        A     Okay.  Do I recognize that?
```

```
 1                        B. SULLIVAN

 2         Q      Yes.  Have you ever seen that, the word

 3    dirty Jew?

 4         A      No.

 5         Q      Do you know who wrote that?

 6         A      No.

 7         Q      Have you ever seen anyone place any newspaper

 8    clippings or advertisements of pork or ham or bacon on

 9    Officer Attali's locker?

10         A      No.

11         Q      Have you ever heard of someone doing it?  Not

12    seeing it but heard that someone did it?

13         A      No.

14         Q      On the first page of Plaintiff's Exhibit 6,

15    it looks like a newspaper cut out with the words Hail

16    Hitler.  Do you know who placed that there?

17         A      No.

18         Q      You said you recognized the NRA sticker --

19         A      Yes.

20         Q      -- on Attali's locker?

21         A      Yes.

22         Q      Based on the first page, do you have any

23    reason to believe that page one of Exhibit 6 is not

24    Officer Attali's locker?

25                    MR. LaBARBERA:  Objection.
```

1                        B. SULLIVAN

2                You can answer.

3      A      It says his name.  It should be his locker.

4      Q      Now, you testified that you pled guilty to

5   making false statements and creating a hostile work

6   environment.

7                Is that related to the text messages that you

8   sent to Officer Attali?

9                     MR. LaBARBERA:  Objection.

10                    You can answer.

11     A      Yes.

12     Q      Do you admit that you sent text messages to

13   Officer Attali with a photograph of Adolf Hitler, do you

14   recall doing that?

15                    MR. LaBARBERA:  Objection.

16     A      Specifically, no, but upon seeing the

17   messages, yes.

18     Q      Prior to coming here today, did you review

19   the text messages?

20     A      Yes.

21     Q      And you reviewed photographs of

22   Officer Attali's locker?

23     A      I did not review the photos of his locker.

24     Q      So Exhibit 6, today was the first time you

25   saw it?

```
 1                        B. SULLIVAN

 2        A     I believe so, yes.

 3        Q     Other than the text messages, did you review

 4   any other documents prior to coming here today?

 5        A     Written audio that was in the -- what's the

 6   word I'm looking for?

 7        Q     I'm sorry?

 8        A     The document we were issued.  I'm drawing a

 9   blank what it's called.

10              MR. LaBARBERA:  By counsel, he reviewed

11              the Complaint.

12        A     The Complaint, sorry.

13        Q     Anything else?

14        A     No.

15        Q     Did you review any IAB documents?

16        A     IAB documents, no.

17        Q     Do you recall sending a text message to

18   numerous officers at the World Trade Center Command,

19   we'll call it group messaging, telling everyone to text

20   the Jew every 45 minutes?

21              MR. SINGLETON:  Objection.

22              MR. LaBARBERA:  Objection.

23              You can answer.

24        A     Upon reviewing it, yes.  Specifically before,

25   no.
```

```
 1                        B. SULLIVAN

 2       Q      So you don't deny doing it?

 3       A      I do not deny doing it, no.

 4       Q      And you admit that you texted Officer Attali

 5  as part of a group messaging saying that you're a dirty

 6  spy, Attali?

 7       A      Yes.

 8       Q      Did you text photographs to Officer Attali

 9  showing dead bodies from the Holocaust?

10       A      If that's what it is, then yes.

11       Q      Well, I'm going to show you what's been

12  previously marked as Plaintiff's Exhibit 8, pages 45 and

13  46.

14              MR. LaBARBERA:  Is there a question

15          pending?

16              MR. AVALLONE:  That's the question.

17              MR. LaBARBERA:  Read it back.

18       Q      You sent those, correct?

19       A      Is there somewhere saying I did?  If it's

20  under my text then yes.  I don't remember specifically

21  sending it.

22       Q      Do you recall sending a text to

23  Officer Attali saying I think that was one of Hitler's

24  experiments, the super human penis?

25       A      If that's my name, then yes.
```

```
1                        B. SULLIVAN

2        Q      Your phone number at the time, and we're

3   going to put the last four digits and the other ones

4   leave it blank, but for you I'll read it, XXX-XXX-8631,

5   that was your number, right?

6        A      Yes.

7        Q      And you don't deny that you sent an e-mail to

8   Officer Attali basically saying gay Hitler still had

9   results?

10                   MR. LaBARBERA:  Objection.

11                   You can answer.

12       A      An e-mail, I've never --

13       Q      I'm sorry, a text message.

14       A      A text message, yes, I don't deny it.

15       Q      You said you reviewed the Complaint in this

16   case?

17       A      Yes.

18       Q      And there were certain statements that were

19   alleged to be attributed to you.

20                   Do you recall that?

21                   MR. LaBARBERA:  Objection.

22                   You can answer.

23       A      Yes.

24       Q      Do you deny making any of those statements

25   that were attributed to you?
```

```
 1                    B. SULLIVAN

 2      A      I don't deny it.

 3      Q      At some point while you were at the

 4  World Trade Center Command, you learned that there was

 5  an OEEO complaint filed by Officer Attali, correct?

 6                  MR. LaBARBERA:  Objection.

 7                  You can answer

 8      A      First we learned there was a complaint filed.

 9  We didn't know it was by Officer Attali.

10      Q      How did you find out that there was a

11  complaint filed with OEEO?

12      A      The XO and CO addressed the roll call.

13      Q      What did they tell you?

14      A      They pretty much said that a complaint was

15  filed and that's pretty much it.

16      Q      Did they tell you what the nature of the

17  complaint was?

18      A      They did not.

19      Q      Did they give any type of instructions in

20  regards to that OEEO complaint being filed?

21      A      No.

22      Q      Do you know what the purpose then of making

23  that statement to the police officers during the roll

24  call was?

25                  MR. LaBARBERA:  Objection.
```

```
 1                        B. SULLIVAN
 2                   MR. SINGLETON:  Objection.
 3                   MR. LaBARBERA:  You can answer.
 4        A     I have no idea why they would.
 5        Q     After learning of a complaint being filed
 6   with OEEO, did you have any conversations with any of
 7   your fellow police officers?
 8                   MR. LaBARBERA:  Objection.
 9        A     Concerning?
10        Q     Concerning what you were just told by the
11   supervisors.
12        A     Not that I can remember specifically, no.
13        Q     It's possible, you don't deny there might
14   have been conversations --
15                   MR. LaBARBERA:  Objection.
16        Q     -- regarding it?
17        A     It's possible.
18        Q     Now, during roll call usually there is a
19   supervisor present, correct?
20                   MR. LaBARBERA:  Objection.
21                   You can answer.
22        A     Yes.
23        Q     Is it fair to say that during roll call prior
24   to you learning that there was an OEEO complaint filed,
25   there were numerous occasions when jokes were being made
```

```
 1                         B. SULLIVAN

 2    of Officer Attali --

 3                    MR. LaBARBERA:  Objection.

 4                    You can answer.

 5        Q       -- while the supervisors were present in the

 6    roll call?

 7                    MR. SINGLETON:  Objection.

 8                    MR. LaBARBERA:  Objection.

 9        A       While roll call was being read out?

10        Q       At any time during the roll call.

11        A       During roll call, the supervisors are usually

12    just reading the posts so there wouldn't be any jokes

13    being made at that time.

14        Q       Right before or a little bit after or

15    whenever there's a break during the roll call?

16        A       It's possible jokes would be made, yes.

17        Q       And supervisors were present, correct?

18                    MR. LaBARBERA:  Objection.

19        A       It's possible.  I couldn't tell you

20    specifically.

21        Q       Well, you just said supervisors are present

22    during roll call, correct?

23                    MR. LaBARBERA:  Objection.

24        A       It's possible, yes.

25        Q       Do you recall any supervisor ever admonishing
```

```
 1                          B. SULLIVAN

 2      either you or any other police officer regarding

 3      comments being made in regards to Officer Attali or any

 4      other officer?

 5                  MR. LaBARBERA:  Objection.

 6                  MR. SINGLETON:  Objection.

 7      A       No.

 8      Q       The charges and specs that you received, were

 9      they ever amended at any time?

10      A       Yes.

11      Q       What were they amended to; what was added or

12      taken out?

13      A       The false statements was added.

14      Q       As you sit here today and based on the plea

15      that you signed off on with the Advocate's Office, you

16      admit that you sent anti-Semitic text messages to

17      Officer Attali?

18                  MR. LaBARBERA:  Objection.

19                  You can answer.

20      A       Yes, but we had a joking relationship.  I

21      didn't find them offensive to him.

22      Q       So you don't --

23      A       I don't deny sending text messages.

24      Q       Let me show you what's been marked as

25      Plaintiff's Exhibit 27.
```

```
1                        B. SULLIVAN

2              Do you recognize that document?

3      A     Yes.

4      Q     Is that the charges and specs that you

5  received?

6      A     Yes.

7      Q     And those charges state that you sent

8  anti-Semitic text messages to Officer Attali?

9      A     Yes.

10     Q     And you say you accepted a guilty plea and

11 took a hit of 30 days and one year probation?

12     A     Yes.

13     Q     And for doing that, you had to admit that you

14 sent the anti-Semitic text messages, correct?

15     A     Correct.

16     Q     Who were the supervisors during the midnight

17 tour at the World Trade Center Command when you were

18 there, specifically around 2013, 2014?

19     A     Lieutenant Chang, Sergeant Santana,

20 Sergeant Porcelli and Sergeant Brooks.

21     Q     Did those supervisors, or any of them, were

22 they aware of the joking that was going back and forth

23 with the members in the World Trade Center Command, to

24 your knowledge?

25              MR. LaBARBERA:  Objection.
```

```
 1                          B. SULLIVAN

 2        A      To my knowledge, I have no idea.

 3        Q      At some point you did find out that the OEEO

 4   complaint was made by Officer Attali, correct?

 5        A      Correct.

 6        Q      How did you find out?

 7        A      When I picked up my paperwork from OEEO, it

 8   had him as filing a complaint against me.

 9        Q      When you say "paperwork," what kind of

10   paperwork did you pick up?

11        A      I guess it was a complaint against me, a

12   charge or accusation against me.

13        Q      How did you know to go to the OEEO?

14        A      I received a notification.

15        Q      Did you ever learn that advertisements of

16   pork, ham, bacon was found on Officer Attali's locker at

17   any time?

18        A      No.

19        Q      Do you know if OEEO ever came to the

20   World Trade Center Command to inspect his locker?

21        A      I don't know.  I wouldn't know that.

22        Q      Lieutenant Conry, what were his

23   responsibilities at the World Trade Center Command, if

24   you know?

25        A      He was the ICO.
```

```
 1                         B. SULLIVAN

 2        Q      Did Lieutenant Conry ever speak to you in

 3   regards to the OEEO complaint?

 4        A      Not to my knowledge, no.  Maybe when I had to

 5   go down but I specifically can't remember.

 6        Q      Now, you gave certain statements to

 7   Sergeant Soto at OEEO, correct?

 8        A      Correct.

 9        Q      And those statements or answers to

10   Sergeant Soto's questions were recorded, correct?

11        A      Correct.

12        Q      Did you ever get a copy of the recordings of

13   your statements?

14        A      Yes.

15        Q      You have a copy of Sergeant Soto's interview

16   of you?

17        A      Yes.

18        Q      Where did you get it?

19        A      My lawyers.

20              MR. AVALLONE:  I'm going to make a

21              demand for that because it's my understanding

22              that these tapes disappeared.

23              MR. LaBARBERA:  We have copies of

24              Officer Sullivan's OEEO recording that were

25              produced by the City so.
```

```
 1                         B. SULLIVAN
 2               MR. AVALLONE:  You produced it?  When
 3          you say the City -
 4               MR. LaBARBERA:  In discovery in this
 5          litigation.
 6               MR. AVALLONE:  I'm going to make a
 7          demand for a copy of the recordings of the
 8          interview between Sergeant Soto and
 9          Officer Sullivan.
10               MR. SINGLETON:  I don't recall at this
11          stage what I produced but I will tell you I
12          did not produce anything to one counsel --
13               MR. LaBARBERA:  Do you want to go off
14          the record?
15               MR. AVALLONE:  Yes.
16               (A discussion was held off the record.)
17               MR. AVALLONE:  I am going to make a
18          demand for any and all tape recordings of
19          interviews conducted by anyone at OEEO with
20          any of the witnesses or defendants in this
21          case if they have not been previously
22          provided.
23               If they were provided, I would ask that
24          I be informed as to what the Bates stamp
25          location of those items are.
```

```
 1                      B. SULLIVAN

 2      Q      Officer Sullivan, as you sit here today and

 3  based on your testimony, your answers to some or many or

 4  all of the questions during your interview with

 5  Sergeant Soto and OEEO were false, correct?

 6                  MR. LaBARBERA:  Objection.

 7                  You can answer.

 8      A      Many of them, yes.

 9      Q      Sergeant Sullivan, I am going to show you

10  what has been marked as Plaintiff's Exhibit 38.

11              Do you know who is depicted in that

12  photograph?

13      A      I'm sorry, I can't tell.

14      Q      Does it resemble anyone you know?

15                  MR. LaBARBERA:  Objection.

16                  You can answer.

17                  MR. SINGLETON:  Objection.

18      A      Not really, no.

19      Q      If I were to tell you that is

20  Sergeant Santana, does that refresh your recollection?

21                  MR. LaBARBERA:  Objection.

22                  MR. SINGLETON:  Objection.

23      A      It could be.  It's a really blurry photo.

24  I'm sorry.  I can't 100 percent tell you.

25      Q      Prior to coming here today, did you have any
```

```
 1                        B. SULLIVAN

 2   conversations with Officer Delbroccolo?

 3                   MR. LaBARBERA:  Objection.

 4        A      Yes.

 5        Q      Did Officer Delbroccolo speak to you about

 6   his deposition that he had yesterday?

 7        A      Only about the length of time.

 8        Q      Did he tell you some of the questions or

 9   issues or content of any of the questions he received

10   yesterday?

11                   MR. LaBARBERA:  Objection.

12        A      No.

13                   MR. AVALLONE:  Please mark this.

14                   (IAB Document was marked as Plaintiff's

15                   Exhibit 47 for identification, as of today's

16                   date.)

17        Q      Officer Sullivan, I am going to show you what

18   we have marked as Plaintiff's Exhibit 47.  It has a

19   cover sheet from IAB, Case Command, Command Center,

20   Case Number 201530348 and it's in reference to you

21   regarding IAB's investigation of the charges made by

22   Officer Attali.

23                   MR. SINGLETON:  Just for the record

24                   because again, as yesterday, you're marking a

25                   copy that's not stamped confidential and it's
```

```
 1                          B. SULLIVAN

 2               understood that these are confidential

 3               documents.

 4                    MR. AVALLONE:  Correct.

 5       Q    I am going to ask you to go to page twelve of

 6    Exhibit 47.  It looks like text messages right there.

 7               These are text messages that you sent,

 8    correct, to Officer Attali?

 9       A    Yes.

10       Q    If you turn two more pages, there's a

11    photograph also that you sent to Officer Attali, one

12    more, do you see that?

13       A    Yes.

14       Q    And those are photographs of corpses or dead

15    bodies from the Holocaust, correct?

16                    MR. SINGLETON:  Objection.

17                    MR. LaBARBERA:  Objection.

18                    You can answer.

19       A    They could be.  I couldn't tell you

20    100 percent sure that that's where they are from.

21       Q    Those are dead bodies, correct?

22       A    That appear to be.

23       Q    They are in a pit?

24       A    Yes.

25       Q    During roll call, Officer Attali would have
```

```
 1                        B. SULLIVAN

 2   been present, correct?

 3                MR. LaBARBERA:  Objection.

 4                You can answer.

 5        A    Sometimes, yes.  Other times, since he was

 6   assigned to the desk, the bosses would just tell him to

 7   sit at the desk.

 8        Q    You don't deny the fact that at some point

 9   you grabbed Officer Attali's shirt to see if he had some

10   type of a recording device on him?

11                MR. LaBARBERA:  Objection.

12                You can answer.

13        A    I do deny it.  I did not do that.

14        Q    You never grabbed his shirt for any reason?

15        A    No.

16        Q    After you returned from the OEEO interview

17   with Sergeant Soto or anyone else at OEEO, did you ever

18   place your hands on Officer Attali and ask him why he

19   filed a complaint?

20        A    No.

21        Q    Or anything to that nature?

22        A    No.

23        Q    After you came back from OEEO, you spoke with

24   Officer Delbroccolo, correct, in regards to the

25   interview?
```

```
1                          B. SULLIVAN
2                  MR. LaBARBERA:  Objection.
3                  MR. SINGLETON:  Objection.
4        A     I couldn't tell you for sure.  It's possible
5    but --
6        Q     At some point you learned that
7    Officer Delbroccolo also went to the OEEO, correct?
8        A     Correct.
9        Q     When he came back, did he ever speak to you
10   about it?
11       A     Just like before, it's possible but I
12   couldn't tell you specifically.
13       Q     At some point, Officer Beneduce also went to
14   the OEEO, you're aware of that?
15       A     Yes.
16       Q     When he came back, did you speak to him or
17   did he speak to you regarding him going?
18       A     It's possible.
19       Q     Do you recall ever speaking to any of your
20   supervisors after you came back from the OEEO interview?
21                  MR. LaBARBERA:  Objection.
22       A     About the OEEO interview?
23       Q     Yes.
24       A     It's possible.  Specifically, I couldn't tell
25   you.
```

```
 1                      B. SULLIVAN
 2      Q      What would you have told them or what would
 3   they have asked you?
 4                  MR. LaBARBERA:  Objection.
 5                  MR. SINGLETON:  Objection.
 6      A      I have no idea.
 7                  MR. AVALLONE:  I have no further
 8              questions.
 9   EXAMINATION BY
10   MR. SINGLETON:
11      Q      Good morning, Officer Sullivan.
12      A      Good morning.
13      Q      My name is Gerald Singleton and I represent
14   the City of New York and the supervisory officer
15   defendants that is Deputy Inspector Kevin Burke,
16   Sergeant Felix Santana and Sergeant Alex Porcelli.
17              Describe for me your relationship with
18   David Attali.
19      A      It was a friendly one, joking, joking
20   relationship.  We would shoot the shit with each other.
21      Q      When you say it was a joking relationship,
22   what do you mean?
23      A      Well, we joked back and forth with each
24   other.  He would send jokes to me.  I would joke around
25   with him.
```

```
 1                    B. SULLIVAN

 2      Q      What is your background?  Tell me your

 3  background.  Were you in the military?

 4      A      Yes, I was in the Marine Corp.

 5      Q      For how long?

 6      A      Four and a half years.

 7      Q      What rank were you when you finished?

 8      A      I finished as a sergeant, E5.

 9      Q      And you've been with the police department

10  how long?

11      A      Just under ten years.

12      Q      Did David Attali ever tell you or say to you

13  that he found any jokes you made offensive?

14      A      Never.

15      Q      Did he ever tell you that any statement you

16  made to him was offensive?

17      A      Never.

18      Q      Did he laugh at the jokes you made?

19      A      Yes.

20      Q      Did you ever hear him tell jokes about being

21  Jewish?

22      A      Yes.

23      Q      Or Jewish people?

24      A      Yes.

25      Q      Can you think of any examples?
```

```
 1                        B. SULLIVAN

 2       A      I can't think of anything in particular.

 3       Q      Where would these joking sessions take place?

 4       A      The locker room, text messages, outside the

 5  command.

 6       Q      Did you smoke?

 7       A      I did not smoke, no.

 8       Q      Did you stand around outside the command with

 9  Officer Attali while he engaged in smoking breaks?

10       A      I'm sure it's happened.

11       Q      Do you recall ever joking with David Attali

12  about anything that could be regarded as anti-Semitic in

13  the presence of a supervisor?

14       A      I mean I guess it could be anti-Semitic but I

15  didn't think it was offensive to him at the time.

16       Q      Right, but I'm asking those kinds of things,

17  that kind of joking, do you recall doing that in the

18  presence of a supervisor?

19       A      Specifically, no.

20       Q      The text messages that were included in

21  Exhibit 47, did you include any supervisory officers on

22  those text messages?

23       A      Highly doubtful.  I couldn't be specific

24  but --

25       Q      What was the purpose of these group text
```

```
1                    B. SULLIVAN
2    messages?
3        A    It was to let actually the cops know when the
4    bosses were headed out on patrol.
5        Q    When these messages were sent around that
6    said Lieutenant Chang is leaving, is going out or
7    whatever, is that what these messages say typically?
8        A    Typically, yes.
9        Q    And if it said Sergeant Santana is leaving to
10   go on patrol, would you include Sergeant Santana in that
11   message?
12       A    Most likely, no.
13       Q    Would Lieutenant Chang be included in those
14   messages?
15       A    Most likely, no.
16       Q    Would Sergeant Porcelli be included in those
17   messages?
18       A    Probably not.
19       Q    Would any supervisory officer be included in
20   those messages?
21       A    Not on purpose.
22       Q    In connection with all the documents you've
23   reviewed and all the hearings you've been at and OEEO
24   and IAB, have you seen any messages in which a
25   supervisory officer was inadvertently included?
```

```
 1                        B. SULLIVAN

 2         A      I didn't, no.

 3         Q      You testified that you had a joking

 4    relationship with Officer Attali and did not regard the

 5    jokes, the anti-Semitic material to be offensive to him,

 6    correct?

 7         A      Correct.

 8         Q      What in his conduct made you believe that he

 9    did not find it offensive?

10         A      He never complained that it was offensive and

11    he would start some of the jokes himself.

12         Q      Did you receive training at the academy about

13    the NYPD's OEEO policies?

14         A      Yes.

15         Q      Did you receive a handout at the academy

16    about OEEO policies and procedures?

17         A      I'm sure I have.  I couldn't tell you.

18         Q      Are there materials posted in the WTC command

19    regarding OEEO policies?

20         A      Yes.  I'm not there so I can't tell you if

21    there still is.

22         Q      But while you were there, it was posted on

23    bulletin boards?

24         A      Walls.

25         Q      In more than one place?
```

```
 1                     B. SULLIVAN

 2      A     I'm sure.  I couldn't tell you specifically.

 3      Q     Were there presentations during roll calls by

 4  supervisory officers about OEEO policies?

 5      A     I can't remember specifically.

 6      Q     Is there material in the patrol guide about

 7  OEEO policies?

 8      A     Yes.

 9      Q     You've testified that you have now admitted

10  that you sent what the department regards as

11  anti-Semitic messages, correct?

12                MR. LaBARBERA:  Objection, but you can

13                answer.

14      A     Correct.

15      Q     And it's your position that at the time you

16  sent them, you did not believe that Officer Attali would

17  find them offensive --

18      A     Correct.

19      Q     -- based on your relationship with him?

20      A     Correct.

21      Q     Were you aware that Officer Attali went to

22  Israel to get married?

23      A     I was.

24      Q     Did you discuss his wedding plans with him?

25      A     Not detailed plans.  He told me he was
```

```
 1                     B. SULLIVAN

 2   getting married.

 3        Q      Were you aware of anyone in the command being

 4   invited to attend the wedding?

 5        A      He told a few of us.  How serious of an

 6   invite it was, I don't know.

 7        Q      Were you invited?

 8        A      Yes.

 9        Q      Who else was invited, to your knowledge?

10        A      Probably a few of the midnight cops.

11        Q      Do you know of any particular midnight cops

12   that were invited?

13        A      The delegates, I believe, Officer Beneduce

14   and Officer Delbroccolo.

15        Q      Did they tell you they had been invited?

16        A      I don't remember, to be honest.

17        Q      What is the basis of your belief that they

18   were invited?

19        A      Saying it out loud.

20        Q      Who saying it out loud?

21        A      I'm sorry, Officer Attali saying it out loud.

22        Q      Officer Attali saying it out loud?

23        A      Yes.

24        Q      That I have invited Officer Beneduce and

25   Officer Delbroccolo?
```

```
 1                      B. SULLIVAN

 2        A      It was more like if you guys come to Israel,

 3   you can come to my wedding.

 4        Q      So it was in one of these conversations in

 5   the locker room or outside the command where he said to

 6   you you guys are welcome to come to my wedding?

 7        A      Yes.

 8        Q      Or you're invited to come to my wedding?

 9               MR. AVALLONE:   Note my objection.

10        A      Yes.

11        Q      Do you recall what words he used?

12        A      No, I do not.

13        Q      But you understood he was serious?

14               MR. AVALLONE:   Objection.

15               MR. LaBARBERA:   You can answer.

16        A      I believe if I went to Israel, I believe I

17   would have been at his wedding.

18        Q      You understood he was sincerely inviting you

19   to attend his wedding?

20               MR. AVALLONE:   Objection.

21        A      I think if I booked a ticket to Israel, he

22   would have invited me to his wedding.  I think he kind

23   of knew we wouldn't book a flight to Israel but if we

24   did.

25        Q      Did you think that was strange that he would
```

```
 1                      B. SULLIVAN
 2    invite you to his wedding?
 3                  MR. AVALLONE:  Objection.
 4                  MR. LaBARBERA:  Objection.
 5        A     No.
 6        Q     These messages that have been shown to you
 7    that have been characterized as anti-Semitic and you did
 8    not believe them to be so, correct?
 9        A     Correct.
10        Q     Were these sent every day or how often were
11    these kind of messages sent?
12        A     I couldn't tell you an occurrence.  I don't
13    think it was an everyday thing.  A few times a week,
14    once a week.
15        Q     Over what period of time?
16        A     The four years we were at the command.
17        Q     And in all that time, Officer Attali never
18    complained?
19        A     Never.
20        Q     Did any of the other officers who were
21    involved in these exchanges say hey, this is getting out
22    of hand?
23                  MR. AVALLONE:  Objection.
24        A     No.
25        Q     Did any of the other officers with whom you
```

```
 1                      B. SULLIVAN
 2    were joking express shock at the messages going back and
 3    forth?
 4         A      Not to my knowledge.
 5         Q      Did anybody ever tell you that, hey, you
 6    better watch out, this stuff violates OEEO policies?
 7         A      Did anyone tell me that specifically, no.
 8         Q      Did you have a reason to believe that they
 9    violated OEEO policies?
10         A      No.
11                     MR. SINGLETON:  I have no further
12              questions.
13                     MR. AVALLONE:  No questions.
14
15                  (Time noted:  11:02 a.m.)
16

             _____
17

            BRENDAN SULLIVAN
18
19    Subscribed and sworn to
20    before me on this _____ day
21    of _____, 2017.
22
23    _____
24    NOTARY PUBLIC
25
```

```
 1
 2                    INDEX OF EXAMINATIONS

                                              PAGE LINE
 3
     Examination by Mr. Avallone                4   14
 4
     Examination by Mr. Singleton              33    9
 5
 6
 7                     INDEX OF REQUESTS

                                              PAGE LINE
 8
     Production of a copy of the plea agreement
 9   or any documents Officer Sullivan signed in
     regards to resolving the charges and specs  9    3
10
     Production of any and all tape recordings of
11   interviews conducted by anyone at OEEO with
     any of the witnesses or defendants in this
12   case if they have not been previously
     provided.   If they were provided, I would
13   ask to be informed as to what the Bates
     stamp location of those items are          27   18
14
15
16                 INDEX TO PLAINTIFF'S EXHIBITS

                                              PAGE LINE
17
     47  IAB Document                           29   14
18
19
20
21
22
23
24
25
```

1

2

3

4

5                    C E R T I F I C A T I O N

6

7    I, ALETHA A. KOUMOURDAS, a Notary Public in and for the

8    State of New York, do hereby certify:

9    THAT THE WITNESS(ES) whose testimony is hereinbefore set

10   forth, was duly sworn by me; and

11   THAT the within transcript is a true record of the

12   testimony given by said witness(es).  I further certify

13   that I am not related, either by blood or marriage, to

14   any of the parties to this action; and I am in no way

15   interested in the outcome of this matter.

16   IN WITNESS WHEREOF, I have hereunto set my hand this

17   20th day of May, 2017.

18

19        _____

20        ALETHA A. KOUMOURDAS

21

22

23

24

25