# EXHIBIT "B"

# Texts, Audio, Video and Photographs (CD)

(To be hand delivered)