

| ZACHARY W. CARTER<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Gerald E. Singleton<br>Phone: (212) 356-2036<br>Fax: (212) 356-2038<br>E-mail: gsinglet@law.nyc.gov |
|---|---|---|

February 1, 2019

VIA ECF- Email
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007-1312
Torres_NYSDChambers@nysd.uscourts.gov

      Re:  David Attali v. City of New York, P.O. Christopher Delbrocolo, P.O. Joseph Beneduce, P.O. Brendan Sullivan, P.O. Phillip Miranda, P.O. "John" Drummy, Deputy Inspector Kevin Burke, Sgt. Alex Porcelli, Sgt. Felix Santana and Lt. David Chang, 15 Civ. 426 (AT) (HBP)

Dear Judge Torres:

      Pursuant to Your Honor's Individual Practices, and Your Order dated September 17, 2018 (ECF Doc. 152), I write to advise the Court that the parties have reached a settlement and will be filing a stipulation dismissing all claims and cross claims with prejudice and without costs, fees or expenses of any kind to any party.

      Respectfully submitted,

      */s/ Gerald E. Singleton*
      Gerald E. Singleton

cc:      All counsel of record (via ECF and email)